# EXHIBIT A

Form 1.997

**Civil Cover Sheet**

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form is required for the use of the Clerk of Court for the purpose of reporting judicial workload data pursuant to Florida Statute 25.075. (See instructions on the reverse of the form.)

I.  CASE STYLE

IN THE CIRCUIT COURT IN AND FOR CHARLOTTE COUNTY, FLORIDA

Plaintiff:    Julia W. Rose

Case No.: 07 11595

v.

Judge: DIVISION F

Defendant:    Pfizer, Inc., et al.

II.                         TYPE OF CASE:    (Place an x in one box only. If the case fits more than one type of case, select the most definitive.)

| Domestic Relations | Torts | Other Civil |
|---|---|---|
| __ Simpl. dissolution | __ Prof. Mal. | __ Contracts |
| __ Dissolution | X  Prod. Liab. | __ Condominium |
| __ Support - IV-D | __ Auto Negl. | __ Real Property/Mtg. Forecl. |
| __ Support - Non IV-D | __ Other Negl. | __ Eminent domain |
| __ URESA - IV-D | | __ Other |
| __ URESA - Non IV-D | | |
| __ Domestic violence | | |
| __ Other domestic relations | | |

III.    Is Jury Trial Demanded in Complaint?

  X  Yes
  __ No

Date: 9/10/07

Signature of attorney for party initiating action

1