# EXHIBIT B

## Walz, David J.

| | |
|---|---|
| **From:** | Brenda S. Fulmer [bfulmer@tampatriallawyers.com] |
| **Sent:** | Monday, October 01, 2007 10:50 AM |
| **To:** | Walz, David J. |
| **Cc:** | 'Jenny Dixon' |
| **Subject:** | RE: Pfizer/Rose - Receipt of Complaint, Stipulation re: Citizenship & Amount in Controversy |

yes and yes on the stipulations.  Thanks.


Brenda S. Fulmer, Esquire
Alley, Clark, Greiwe & Fulmer
701 East Washington Street
Tampa, FL  33602
(813) 222-0977

-----Original Message-----
**From:** Walz, David J. [mailto:DWalz@carltonfields.com]
**Sent:** Monday, October 01, 2007 10:40 AM
**To:** Brenda S. Fulmer
**Subject:** Pfizer/Rose - Receipt of Complaint, Stipulation re: Citizenship & Amount in Controversy

Brenda - we received the attached complaint filed in Hillsborough County re: your client Julia Rose and allegations related to Bextra use.  Similar to our prior agreements, will you stipulate to the following:

1)  Plaintiff is, and was at the time of filing, a Florida citizen, and
2)  The amount in controversy, exclusive of interest and costs, exceeded $75,000 at the time of filing and continues to exceed that amount.

Please contact me if you have any questions or need any further information.  Thank you.

**David J. Walz**
**Carlton Fields, P.A.**
Corporate Center Three at International Plaza
4221 West Boy Scout Boulevard
Suite 1000
Tampa, FL 33607-5736
(813) 229-4174 direct
(813) 223-7000 main
(813) 229-4133 fax
dwalz@carltonfields.com
http://www.carltonfields.com