# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTION ON THE REVERSE OF THE FORM.)

## I(a) PLAINTIFFS
JULIA W. ROSE

## DEFENDANTS
Pfizer Inc., et al.

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
Hillsborough County

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Brenda S. Fulmer       Phone: (813) 222-0977
Alley, Clark, Greiwe & Fulmer
P. O. Box 3127
Tampa, FL 33601

ATTORNEYS (IF KNOWN)
Edward W. Gerecke       Phone: (813) 223-7000
CARLTON FIELDS, P.A.
P.O. Box 3239
Tampa, FL 33601

## II. BASIS OF JURISDICTION (PLACE AN X IN ONE BOX ONLY)

: 1 U.S. Government Plaintiff
: 3 Federal Question (U.S. Government Not a Party)
: 2 U.S. Government Defendant
XX 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | XX:1 | :1 | Incorporated or Principal Place of Business in This State | :4 | :4 |
| Citizen of Another State | :2 | :2 | Incorporated and Principal Place of Business in Another State | :5 | XX:5 |
| Citizen or Subject of a Foreign Country | :3 | :3 | Foreign Nation | :6 | :6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE
DO NO CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

28 U.S.C. §§ 1332, 1441(b), 1446(a)

## V. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUES |
|---|---|---|---|---|---|
| :110 Insurance | :310 Airplane | :362 Personal Injury- Med Malpractice | :610 Agriculture | :422 Appeal 28 USC 158 | :400 State Reapportionment |
| :120 Marine | :315 Airplane Product Liability | XX:365 Personal Injury- Product Liability | :620 Other Food & Drug | :423 Withdrawal 28 USC 157 | :410 Antitrust |
| :130 Miller Act | :320 Assault, Libel & Slander | :368 Asbestos Personal Injury Product Liability | :625 Drug Related Seizure of Property 21 USC 881 | **PROPERTY RIGHTS** | :430 Banks and Banking |
| :140 Negotiable Instrument | :330 Federal Employers' Liability | | :630 Liquor Laws | :820 Copyrights | :450 Commerce/ICC Rates/etc. |
| :150 Recovery of Overpayment & Enforcement of Judgement | :340 Marine | | :640 R.R. & Truck | :830 Patent | :460 Deportation |
| :151 Medicare Act | :345 Marine Product Liability | **PERSONAL PROPERTY** | :650 Airline Regs | :840 Trademark | :470 Racketeer Influenced and Corrupt Organizations |
| :152 Recovery of Defaulted Student Loans (Excl. Veterans) | :350 Motor Vehicle | :370 Other Fraud | :660 Occupational Safety/Health | **SOCIAL SECURITY** | :810 Selective Service |
| :153 Recovery of Overpayment of Veteran's Benefits | :355 Motor Vehicle Product Liability | :371 Truth in Lending | :690 Other | :861 HIA (1395ff) | :850 Securities/Commodities/Exchange |
| :160 Stockholders' Suits | :360 Other Personal Injury | :380 Other Personal Property Damage | **LABOR** | :862 Black Lung (923) | :875 Customer Challenge 12 USC 3410 |
| :190 Other Contract | | :385 Property Damage Product Liability | :710 Fair Labor Standards Act | :863 DIWC/DIWW (405(g)) | :891 Agricultural Acts |
| :195 Contract Product Liability | **CIVIL RIGHTS** | | :720 Labor/Mgmt. Relations | :864 SSIC Title XVI | :892 Economic Stabilization Act |
| **REAL PROPERTY** | :441 Voting | **PRISONER PETITIONS** | :730 Labor/Mgmt. Reporting & Disclosure Act | :865 RSI (405(g)) | :893 Environmental Matters |
| :210 Land Condemnation | :442 Employment | :510 Motions to Vacate Sentence Habeas Corpus: | :740 Railway Labor Act | **FEDERAL TAX SUITS** | :894 Energy Allocation Act |
| :220 Foreclosure | :443 Housing/ Accommodations | :530 General | :790 Other Labor Litigation | | :895 Freedom of Information Act |
| :230 Rent Lease & Ejectment | :444 Welfare | :535 Death Penalty | :791 Empl. Ret. Inc. Security Act | :870 Taxes (U.S. Plaintiff or Defendant) | :900 Appeal of Fee Determination Under Equal Access to Justice |
| :240 Torts to Land | :440 Other Civil Rights | :540 Mandamus & Other | | :871 IRS - Third Party 28 USC 7609 | :950 Constitutionality of State Statutes |
| :245 Tort Product Liability | | :550 Other | | | :890 Other Statutory Actions |
| :290 All Other Real Property | | | | | |

## VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)

: 1 Original Proceeding   XX: 2 Removed from State Court   : 3 Remanded from Appellate Court   : 4 Reinstated or Reopened   : 5 Transferred from another district (specify)   : 6 Multidistrict   : 7 Judge from Magistrate Judgment

Appeal to District

## VII. REQUESTED IN COMPLAINT:
Check if this is a CLASS ACTION
: UNDER F.R.C.P. 23
DEMAND Over $75,000
Check YES only if demanded in complaint:
JURY DEMAND: XX YES    : NO

## VIII. RELATED CASE(S) IF ANY (See instructions)
JUDGE _____   DOCKET NUMBER _____

DATE 10/5/07       SIGNATURE OF ATTORNEY OF RECORD

UNITED STATES DISTRICT COURT

12286005.1

INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS-44

Authority For Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I. Plaintiffs - Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b) County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff case, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved).

**(c) Attorneys.** Enter firm name, address, telephone number, and attorney or record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II. Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction is based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an X in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversify of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III. Residence (citizenship) of Principal Parties.** This section of the JS-44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.     Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause.

**V.      Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section IV above, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**VI.     Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States District Courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate's decision.

**VII. Requested in Complaint.** Class Action. Place an "X" in the box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII. Related Cases.** This section of the JS-44 is used to reference relating pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

12286005.1